UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
JAMES W. ROSE, JR.
TRIAL ATTORNEY
615 E. HOUSTON, RM. 533
SAN ANTONIO, TX 78205
Telephone: (210) 472-4640
Facsimile: (210) 472-4649

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LAREDO WO, LTD, A TEXAS LIMITED PARTNERSHIP, | § § § | CASE NO. 16-51297-RBK |
| | § | CHAPTER 11 |
| DEBTOR IN POSSESSION | § | |

**REPORT OF THE UNITED STATES TRUSTEE OF
<u>INABILITY TO APPOINT A CREDITORS' COMMITTEE</u>**

COMES NOW Judy A. Robbins, the United States Trustee for Region 7 ("UST"), who, by and through the undersigned attorney respectfully reports as follows:

1. The voluntary petition in this case under chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was filed on 6/06/2016.

2. The United States Trustee is responsible for appointing a committee of creditors holding unsecured claims (Creditors' Committee) pursuant to 11 U.S.C. § 1102(a)(1).

3. The United States Trustee has attempted to solicit creditors interested in serving on the Unsecured Creditors' Committee from the 20 largest unsecured creditors. After excluding governmental units, secured creditors and insiders, the United States Trustee has been unable to solicit sufficient interest in serving on the Committee, in order to appoint a proper Committee.

4. A first meeting of creditors was held pursuant to 11 U.S.C. § 341(a) and upon notice to all creditors. Unsecured creditors appearing at said meeting were insufficient in number to form a unsecured creditors committee.

THEREFORE, the United States Trustee has been unable to appoint an Unsecured Creditors' Committee as contemplated by 11 U.S.C. § 1102.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7


By: //s//James W. Rose, Jr.
James W. Rose, Jr.
Trial Attorney
Texas Bar No. 17251900
615 E. Houston, Rm. 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax


CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing United States Trustee's Report of Inability to Appoint a Creditors' Committee was mailed, first class, postage paid, to those persons listed on the attached matrix and/or by electronic means for all Pacer system participants, on this the 12th day of July, 2016.

//s//James W. Rose, Jr.
James W. Rose, Jr.

| | | |
|---|---|---|
| A.  Bradford Galo<br>1175 West Bitters Rd., Ste. 100<br>San Antonio, TX  78216 | ANB Cattle Company, Ltd.<br>1202 E. Del Mar Blvd., Ste. 3<br>Laredo, TX  78041 | Anna Benavides Trust<br>1702 Rosaria St.<br>Laredo, TX  78043 |
| Law Office of Ronald Hagauer<br>1602 N. Loop 1604 W., # LL-102<br>San Antonio, TX  78248 | Austin WO, LLC<br>1175 West Bitters Rd., Ste. 100<br>San Antonio, TX  78216 | Deborah Bauer<br>19310 Stone Oak Parkway, Ste. 201<br>San Antonio, TX  78258 |
| Stantec Consulting Services, Inc.<br>13980 Collections Center Dr.<br>Chicago, IL  60693 | Details Development Group, LC<br>139 Argo Ave.<br>San Antonio, TX  78209 | Douglas Macdonald<br>PO Box 450975<br>Laredo, TX  78045 |
| Galo Garcia Trust<br>404 Plymouth<br>Laredo, TX  78041 | George L. Hachar, Jr.<br>PO Box 451108<br>Laredo, TX  78045 | Nogalito Holdings, LP<br>404 Plymouth<br>Laredo, TX  78041 |
| Richard Sames<br>6721 McPherson Rd., Ste. 360<br>Laredo, TX  78041 | Ronald W. Hagauer<br>186 Castellani<br>San Antonio, TX 78258 | Salvador Garcia, Jr. Trust<br>402 Arch Bluff<br>San Antonio, TX  78258 |
| SERG-JR. Ltd.<br>17823 Salado Draw<br>San Antonio, TX  78258 | Tatum Investments, Ltd.<br>123 Paseo Encinal<br>San Antonio, TX  78212 | Walter G. Busby<br>914 Campanile<br>San Antonio, TX  78258 |
| Laredo WO, LTD.,<br>a Texas limited partnership<br>1175 W. Bitters Road, Ste. 100<br>San Antonio, TX  78216 | Eric Terry<br>Eric Terry Law, PLLC<br>4040 Broadway, Ste. 450<br>San Antonio, TX  78209 | |